■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK SESSING, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Aiello, J.), imposed November 28, 1990.

Ordered that the sentence is affirmed.

The sentence was appropriate. We have considered the defendant's contentions in his supplemental pro se brief and find them to be without merit. Mangano, P. J., Thompson, Harwood, Balletta and Copertino, JJ., concur.